IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHIRLEY MUSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV-08-1268-HE |
| ) | |
| LOVE, BEAL, & NIXON, et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

Plaintiff has filed a motion for leave to proceed *in forma pauperis* and supporting affidavit. Having reviewed said motion and affidavit, the undersigned finds that Plaintiff has sufficient financial resources to pay the filing fee. Because she does not qualify for authorization to proceed without prepayment of the filing fee, Plaintiff's motion should be denied, and she should be required to pay the full filing fee for this action to proceed.

## RECOMMENDATION

Based on the foregoing findings, it is recommended that the motion for leave to proceed *in forma pauperis* be DENIED and the action be dismissed without prejudice unless Plaintiff pays the full filing fee to the Clerk of the Court by   December 28th , 2008.

1

Plaintiff is advised of her right to file an objection to this Report and Recommendation with the Clerk of this Court by December 28th, 2008 in accordance with 28 U.S.C. §636 and LCvR 72.1. Plaintiff is further advised that failure to make timely objection to this Report and Recommendation waives her right to appellate review of both factual and legal issues contained herein. Moore v. United States of America, 950 F.2d 656 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter and any pending motion not specifically addressed herein is denied.

ENTERED this  8th  day of    December, 2008.

GARY M. PURCELL
UNITED STATES MAGISTRATE JUDGE